UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMONT C JOHNSON,<br><br>                      Plaintiff,<br><br>            -v.-<br><br>EXPERIAN,<br><br>                      Defendant. | 24 Civ. 9196 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On August 7, 2025, the Court issued an Order that adopted a schedule proposed by the parties for their cross motions for summary judgment. (*See* Dkt. #28). Pursuant to that schedule, Plaintiff was ordered to file his motion for summary judgment on or before September 25, 2025. (*Id.*). On that day, Plaintiff filed a document captioned as a motion for summary judgment. (*See* Dkt. #29).

      However, the motion is not compliant with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (*see, e.g.*, Local Rule 56.1(d) (requiring citations to evidence to support statements of material facts)), or with the Court's Individual Rules of Practice in Civil Cases (*see* Individual Rule 5(ii)-(iv) (establishing additional requirements for 56.1 Statements)).

      Accordingly, the Clerk of Court is directed to strike Plaintiff's motion for summary judgment at docket entry 29.

      Plaintiff is directed to file a compliant motion on or before **October 21, 2025**. Experian shall then file its combined motion for summary judgment

and opposition on or before **November 25, 2025**.  Plaintiff shall then file his combined opposition and reply on or before **December 16, 2025**.  Finally, Experian shall file its reply on or before **January 6, 2026**.

    SO ORDERED.

Dated:   September 30, 2025
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge